UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:11cr268-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CONSENT ORDER AND |
| ) | JUDGMENT OF FORFEITURE |
| v. ) | (PRELIMINARY) |
| ) | PENDING RULE 32.2(c)(2) |
| JOHN KNOX BRIDGES, ) | |
| ) | |
| Defendant. ) | |

BASED UPON the defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the defendant has pled guilty and that the defendant has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 982, and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

**Any and all currency and monetary instruments that constitute or are derived from proceeds of the crimes alleged in the Bill of Indictment or constitute or are traceable to property involved in such crimes, including the sum of $2,334,537.00.**

2. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture; provided, no such notice is required if this order consists solely of a money judgment.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

4. A forfeiture money judgment in the amount of $2,334,537.00 shall be included in the defendant's sentence, and the United States may take steps to collect the judgment from any property of the defendant, provided, the value of any forfeited specific assets shall be credited toward satisfaction of this money judgment upon liquidation.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein and/or property involved in

or traceable to property involved in such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and/or 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so. The parties stipulate and agree that the forfeiture money judgment amount may differ from the amount of restitution and/or the Sentencing Guidelines loss amount, and the agreement in this case as to forfeiture does not preclude either party from arguing for a restitution or Sentencing Guidelines loss amount that differs from the forfeiture money judgment amount, so long as any argument on Sentencing Guidelines is consistent with the Sentencing Guidelines loss amounts agreed to in the plea agreement. If there is an outstanding restitution amount upon issuance of any final order of forfeiture, the United States Attorney's Office agrees to request restoration under 21 U.S.C. § 853(i) of forfeited assets to the Court, but Defendant understands that the Attorney General maintains sole authority on whether to grant such restoration.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
MARIA KATHLEEN VENTO, ESQ.
Assistant United States Attorney

_____
JOHN KNOX BRIDGES
Defendant

_____
RAHWA GEBRE-EGZIABHER, ESQ.
Attorney for the Defendant

Signed this the 13 day of ~~February~~ April, 2012.

_____
UNITED STATES ~~MAGISTRATE JUDGE~~ DISTRICT JUDGE